**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| IVEE FRESNOZA, an individual and SHARON FRESNOZA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL CITY MORTGAGE, CAL-WESTERN RECONVEYANCE; HSBC BANK USA AS TRUSTEE FOR MLMI 2006-A3; and DOES 1 through 50 inclusive, <br><br> Defendants. | Case No. 09-CV-1624-RHW (FFMx) <br><br> **JUDGMENT OF DISMISSAL** |

On August 4, 2010, the Court issued an order denying Plaintiff's Motion for Relief from the October 13, 2009 order granting Defendant PNC BANK NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO NATIONAL CITY BANK PREVIOUSLY DOING BUSINESS AS NATIONAL CITY MORTGAGE's Motion to Dismiss Plaintiff's First Amended Complaint.

///

///

1

1
2
3
4
5

It is hereby **ORDERED** that a judgment of dismissal be, and hereby is, entered in favor of defendant PNC BANK NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO NATIONAL CITY BANK PREVIOUSLY DOING BUSINESS AS NATIONAL CITY MORTGAGE and against Plaintiff IVEE FRESNOZA.

**IT IS SO ORDERED.**

DATED:  September 8, 2010

By:  *s/Robert H. Whaley*
     Honorable Robert H. Whaley
     UNITED STATES DISTRICT JUDGE

H:\Matters\National City Bank (1264.001)\110 (Fresnoza)\Pleadings\FEDERAL\[Proposed] Order and Judgment of Dismissal.doc